[No. 37126-6-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DEAN PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07631-7, Richard A. Jones, J., entered August 4, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 38144-0-I.    Division One.    February 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05492-9, Michael Spearman, J., entered January 31, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.

[No. 14419-4-III.    Division Three.    February 4, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ARTHUR GENTRY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-02050-4, Richard J. Schroeder, J., entered October 28, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Munson, J. Pro Tem.

[No. 14433-0-III.    Division Three.    February 4, 1997.]

KATHLEEN SANDERS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-2-01553-3, Susan L. Hahn, J., entered July 26, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Munson, J. Pro Tem.